05-18507, Morgan

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS   105
1-2 / 210

| Case | Debtor |
|---|---|
| 05-18507 JAB | MORGAN, MICHAEL D. |
| 312181846366 | |

TID #380490
J. MARSHALL MILLER
7452 Luz de Lumbre Avenue
El Paso TX 79912

Date 06/27/2009    $ *******1,787.31

~~~One Thousand Seven Hundred Eighty-Seven Dollars and 31/100

Pay to the Order of:
Clerk of Court, USBC EDLA
500 Poydras Street
Suite B-601
New Orleans LA 70130

J. MARSHALL MILLER

⑈000000105⑈ ⑆021000021⑈ 312181846366⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 225794  -- JN
* * C O P Y * *
June 29, 2009
14:20:14

TREASURY REGFUND
05-18507
Debtor.: MICHAEL D. MORGAN
Trustee: J. Marshall Miller
Amount.:        $1,787.31 CH
Check#.: 105

Total-> $1,787.31

FROM: MILLER

6/29/09
Deposited to 6047BK
Due to Debtor: Michael Morgan
(Surplus funds)

CVogel